9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

# SENTENCING MINUTES

| | | | |
|---|---|---|---|
| Set: | 10:00 AM | Date: | 8/3/2023 |
| Started: | 10:41 AM | Judge: | Elizabeth W. Hanes, USDJ |
| Ended: | 12:18 PM | Court Reporter: | Jill Trail |
| | | U.S. Attorney: | Mack Coleman |
| | | Defense Counsel: | Noah Weisberg/George Gorman |
| | | Courtroom Deputy: | Katie Galluzzo |
| | | Probation Officer: | Jeffrey Noll |
| Case No. | 4:22cr92-003 | | |
| Defendant: | George William Evans | (  ) In Custody | ( X ) On Bond |

| | |
|---|---|
| X | Came on for disposition. |
| X | Court adjudged deft. guilty of count  1 and 31  of the  Indictment on 1/31/2023 |
| X | Govt   X   motion for acceptance of responsibility - GRANTED |
| X | Presentence Report reviewed.         Objections heard and rulings made. |
| X | Court adopts PSR for the purpose of establishing the advisory guidelines. |
| X | Evidence presented. (Witnesses and exhibits listed on last page) |
| X | Arguments of counsel heard.   X   Statement of deft. heard. |

## SENTENCING GUIDELINES :

Offense Level:   26
Criminal History:   I
Imprisonment Range:  63  to  78  months
Supervised Release:  1 to 3 years
Fine Range: $ 30,000  to $ 3,056,638
Special Assessment: $200

## IMPRISONMENT:

SENTENCE: Counts 1 and 31 of the Indictment: The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of 30 months. The term consists of 30 months on count 1, a term of 30 months on count 31, all to be served concurrently.

X  The deft. shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal or shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, if no institution has been designated, by 12:00 PM on September 19, 2023.

## SUPERVISED RELEASE:

X  Upon release from imprisonment, the deft. shall be on supervised release for a term of 1 year. This term consists of 1 years on count 1, a term of 1 years on count 31, all to run concurrently.

## Standard Conditions of Supervised Release/Probation:

The defendant must report to the probation office in the federal judicial district where he/she is authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs he/she to report to a different probation office within a different time frame.

9ev. 02/2006

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

X   As reflected in the presentence report, the deft. presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5). However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

## Special Conditions of Supervised Release/Probation:

X   The Court does not impose any special conditions.

## FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

X   As to count   1   ,the deft shall pay a special assessment in the amount of   $100.00   .
X   As to count   31   ,the deft shall pay a special assessment in the amount of   $100.00   .

The total special assessment due is $200.00 and shall be due in full immediately.

Any balance remaining unpaid on the special assessment at the inception of supervision, shall be paid by the deft. in installments of not less than $25.00 per month, until paid in full.   Said payments shall commence sixty (60) days after defts. supervision begins.

## FINE:
X   The Court does not impose a fine.

## SCHEDULE OF PAYMENTS:

X   The special assessment is due and payable immediately. Any balance remaining unpaid on the special assessment/fine/restitution at the inception of supervision, shall be paid by the deft. in installments of not less than $25.00 per month, until paid in full. Said payments shall commence 60 days after deft's supervision begins.

X   The deft. notified of right of appeal within 14 days

X   On motion of gov't, remaining counts dismissed.

X   Court recommends to the Bureau of Prisons:

   X   The deft. be incarcerated in or near the Commonwealth of Virginia.

X   Consent Order of Forfeiture, executed and filed in open court on January 31, 2023.

## Additional Counts/Comments:

Deft Witnesses: #1 – Erin Evans; #2 – Hayley Evans; #3 Melissa Evans.